UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 19-8346-CBM(SKx)** | Date | DECEMBER 4, 2020 |
|---|---|---|---|

| Title | Maya Loewe v. Long Kim Huot et al., |
|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court finds that the joint amended motion for approval of FLSA settlement [83] currently set for hearing on December 8, 2020, is appropriate for decision without oral argument.

Accordingly, this motion is taken UNDER SUBMISSION and the hearing is vacated.  No appearances are necessary on December 8, 2020.  A written order will issue.

IT IS SO ORDERED.

cc: all parties

CV-90 (12/02)                **CIVIL MINUTES - GENERAL**                Initials of Deputy Clerk YS