1
2
3
4
5
6
7
8

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAYA LOEWE, an individual, on behalf of herself and all those similarly situated, <br><br> Plaintiff, <br> vs. <br><br> LONG KIM HUOT, an individual; RONALD LEE MCKINNEY, JR., an individual; TAWNY HUOT, an individual; TODD & KATIE, INC. dba PARADISE SHOWGIRLS, a California business entity; DISCOVER ENTERTAINMENT, LLC dba SATIN GENTLEMAN'S CLUB; FIGUEROA GROUP, INC. dba RIO'S GENTLEMAN'S CLUB; DOE MANAGERS 1-3; and DOES 4-100, inclusive, <br><br> Defendants. | ) Case No.: 2:19-CV-08346-CBM-SKx <br> ) <br> ) **ORDER GRANTING JOINT** <br> ) **AMENDED MOTION FOR** <br> ) **APPROVAL OF FLSA** <br> ) **SETTLEMENT [83] [JS-6]** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING JOINT AMENDED MOTION FOR APPROVAL OF FLSA SETTLEMENT**
– 1 –

1  This Court, having considered plaintiffs Maya Loewe, Reychel Valdivia,
2  Angie Ortega, Cianna Robinson, Candace Morinaga, Jacqueline Escalona Ruiz,
3  Brittany Thomas, and Sara Galan (collectively, "Plaintiffs") and defendants Long
4  Kim Huot, Ronald Lee McKinney, Jr., Tawny Huot, Todd & Katie, Inc. dba
5  Paradise Showgirls, Discover Entertainment, Inc. dba Satin Gentlemen's Club,
6  and Figueroa Group, Inc. dba Rio's Gentlemen's Club, Solitaire Holdings LLC
7  dba Knockouts and Team Sahara, Inc. dba Sahara Theater (collectively,
8  "Defendants") Joint Amended Motion for Approval of FLSA Settlement (Dkt.
9  No. 83), the declarations and supporting exhibits, the Joint Statement re:
10 November 23, 2020 Court Order (Dkt. No. 88), and good cause appearing, thhe
11 Court makes the following Order:
12      The Court finds the settlements fair and reasonable pursuant to the FLSA.
13      Therefore, the Court hereby GRANTS the Joint Motion and rules as
14 follows:
15      The Settlement of $850,000 is approved and $536,455.84 are allocated to
16 Plaintiffs as detailed in the Settlement Agreements (Exhibits 1-8 to the
17 Declaration of John P. Kristensen). The Court finds an award of $297,500 in
18 attorneys' fees are $16,044.16 in costs to Kristensen LLP is reasonable. The table
19 below addresses the specifics for each Plaintiff:
20

| PLAINTIFF | GROSS SETTLEMENT AMOUNT | COSTS PER PLAINTIFF | FEES AT 35% | NET TO PLAINTIFF |
|---|---|---|---|---|
| Candace Morinaga | $170,000 | $2,005.52 | $59,500 | $108,494.48 |
| Jacqueline Escalona Ruiz | $170,000 | $2,005.52 | $59,500 | $108,494.48 |

**ORDER GRANTING JOINT AMENDED MOTION FOR APPROVAL OF FLSA SETTLEMENT**
– 2 –

| PLAINTIFF | GROSS SETTLEMENT AMOUNT | COSTS PER PLAINTIFF | FEES AT 35% | NET TO PLAINTIFF |
|---|---|---|---|---|
| Reychel Valdivia | $126,000 | $2,005.52 | $44,100 | $79,894.48 |
| Angie Ortega | $126,000 | $2,005.52 | $44,100 | $79,894.48 |
| Maya Loewe | $102,000 | $2,005.52 | $35,700 | $64,284.48 |
| Sara Galan | $75,000 | $2,005.52 | $26,250 | $46,744.48 |
| Cianna Robinson | $45,000 | $2,005.52 | $15,750 | $27,244.28 |
| Brittany Thomas | $36,000 | $2,005.52 | $12,600 | $21,394.48 |
| **TOTAL** | **$850,000** | **$16,044.16** | **$297,500.00** | **$536,445.64** |

**IT IS SO ORDERED.**

Dated: December 7, 2020



Honorable Consuelo B. Marshall
United States District Judge

CC:FISCAL